# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

KRISTIN F. LAGARDE WIFE
OF/AND TIMOTHY MICHAEL
LAGARDE

NO.   2019 CW 1178

VERSUS

BETTY SAGUL BATTALORA

**SEPTEMBER 26, 2019**

---

In Re:   Betty Sagul Battalora, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2018-13292.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT GRANTED.**  The trial court's July 18, 2019 judgment denying relator's, Betty Sagul Battalora's, exception of prescription is hereby reversed.  We find that this action was prescribed on its face, and accordingly, the plaintiffs, Timothy and Kristin Lagarde, failed to carry their burden of proof to prove that their claims had not prescribed.  Although the plaintiffs alleged that the Battaloras had actual/constructive knowledge of the alleged defects in the home's foundation, they also bore the burden of proving such knowledge.  See **Insurance Storage Pool, Inc. v. Parish Nat. Bank**, 97-2757 (La. App. 1st Cir.  5/14/99),  732  So.2d  815,  820.   Consequently,  the plaintiffs' claims are prescribed.  See La. Code Civ. P. art. 2534(A)(2).   The exception of prescription filed by relator, Betty Sagul Battalora, is granted, and the plaintiffs' claims are dismissed with prejudice.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT